1
2
3
4
5
6
7
8
9
10
11

**IN THE UNITED STATES DISTRICT COURT**

12

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

13
14

NATALIE GALLARDO,                                    CASE NO. 1:12-cv-1612  GSA

15
                                    Plaintiff,        **ORDER DENYING MOTION TO**
16          vs.                                       **DISMISS AS MOOT**

17
HANFORD JOINT UNIFIED SCHOOL
18   DISTRICT, et al.,
                                                      (Docs. 10-12)
19                        Defendant.

20   _____/

21
          On February 27, 2012, Defendants Hanford Joint Unified School District, Cheryl Hunt, Mark
22
     Dutra and Andrew Maza (collectively, "Defendants") filed a  Fed. R. Civ. P. 12(b)(6) Motion to
23
     Dismiss. A hearing was set for April 4, 2013 before Judge Lawrence O'Neill. (Docs. 10-12).   After
24
     the filing of the motion, the parties consented to Magistrate Judge jurisdiction.  (Docs.  14, 15, 17,
25
     18).  Due to the reassignment, this Court vacated the April 4, 2013 hearing.  (Doc. 26).  On March
26
     27, 2013, Plaintiff filed a first amended complaint as directed by this Court.   As such, this Court:
27
          1.        Denies Defendant's Motion to Dismiss filed on February 27, 2012 as moot; and
28

1

2.      DIRECTS the clerk to term the motion to dismiss listed above;

The Court notes that Defendants have filed another Motion to Dismiss on April 17, 2013 (Doc. 27).   This hearing on this Motion to Dismiss is scheduled for May 24, 2013 and will proceed as scheduled.

IT IS SO ORDERED.

**Dated:    April 30, 2013**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE